UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: Application of Carice Duke For an Order Seeking Discovery Pursuant to 28 U.S.C. § 1782 | **ORDER**<br>26 Misc. 458 (ER) |

RAMOS, D.J.:

Applicant Carice Duke filed an Application for Judicial Assistance pursuant to 28 U.S.C. § 1782 on September 16, 2026. Doc. 1. Applicant then filed a motion to sever and transfer claims against respondent NYCERS on September 21, 2026. Doc. 6. Duke's request to sever and transfer is denied. Duke may file an amended petition in this Court and file separately against NYCERS in the Eastern District of New York if she so chooses.

It is SO ORDERED.

Dated: October 7, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.